In the Matter of ALLEN CAIN, an Attorney, Respondent.

First Department, April 29, 1938.

*Einar Chrystie*, for the petitioner.

No appearance for the respondent.

PER CURIAM. On April 6, 1938, the respondent was sentenced to imprisonment in the State prison, having been previously indicted, tried and convicted of the crime of an attempt to commit the crime of extortion, which crime is a felony.

Pursuant to section 477 and subdivision 3 of section 88 of the Judiciary Law, the respondent, therefore, should be disbarred.

Present — MARTIN, P. J., TOWNLEY, DORE, COHN and CALLAHAN, JJ.

Respondent disbarred.